**Karen Marie KLINE, petitioner,**
**v. INTERNAL REVENUE**
**SERVICE.**

No. 02-439.

Oct. 21, 2002.

Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.